UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| PAUL S. WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-96-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Plaintiff, Paul S. Wells, brought this action pursuant to 42 U.S.C. §§ 405(g) and

1383(c) to challenge a final decision of the Defendant Commissioner denying his application for

disability insurance benefits and Supplemental Security Income ("SSI").  [R. 2.]  Consistent with

the Court's practice and pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United

States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation.  [R.

12.]

On March 26, 2009, Magistrate Judge Atkins filed his Report and Recommendation

(R&R).  [R. 13.]  The R&R addressed both of Plaintiff's arguments and ultimately concluded

that the ALJ's opinion was supported by substantial evidence.  For example, contrary to

Plaintiff's argument, Judge Atkins noted that the ALJ supported his credibility finding with

accurate citations to both the medical record and the relevant factors enumerated in the

Regulations.  Similarly, as Judge Atkins noted, the ALJ found that the Plaintiff's depression was

not a severe impairment and had no more than a mild impact upon his ability to function.  In

light of that finding, Judge Atkins concluded that the ALJ's decision not include any mental

limitations in hypothetical question to vocation expert was supported by substantial evidence. Although the parties were given ten (10) days from the filing of the Report and Recommendation to file objections, neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ."  *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).  Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation.  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation [R. 13] is **ADOPTED** as the opinion of this Court;

(2)     The Plaintiff's Motion for Summary Judgment [R. 10] is **DENIED**;

(3)     The Defendant's Motion for Summary Judgment [R. 11] is **GRANTED**; and

(4)     Judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 17th day of April, 2009.



Signed By:
*Gregory F. Van Tatenhove*
**United States District Judge**